UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED

CASE SUMMARY

---

Case Number **09-466(A)-DSF**  Defendant Number **3**
U.S.A. v. **KELVIN MELGAR**   Date of Birth **1979**
☒ Indictment   ☐ Information   Investigative agency (FBI, DEA, etc.): **FBI**

2013 APR 17 PM 4:54
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".

## OFFENSE/VENUE

a. Offense charged as a:   ☐ Petty Offense
   ☐ Misdemeanor   ☐ Minor Offense   ☒ Felony
b. Date of offense **05/14/2009**
c. County in which first offense occurred
   **Los Angeles**
d. The crimes charged are alleged to have been committed in:
   CHECK ALL THAT APPLY
   ☒ Los Angeles      ☐ Ventura
   ☐ Orange           ☐ Santa Barbara
   ☐ Riverside        ☐ San Luis Obispo
   ☐ San Bernardino   ☐ Other _____
Citation of offense **18 USC 1962(d)**

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☒ No   ☐ Yes
IF YES  Case Number **N/A**

Pursuant to Section 11 of General Order 224, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.
Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE  N/A**

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: _____
   Case Number _____
   Charging _____

The complaint:   ☐ is still pending
   ☐ was dismissed on: _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
   ☐ Yes*      ☒ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☒ Yes*      ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

### Superseding Indictment/Information

This is the **1ST** superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
**05/13/2009**
Case Number **09/466-DSF**

The superseded case:
☒ is still pending before Judge/Magistrate Judge
**FISCHER**
☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
   ☐ Yes*      ☒ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☒ Yes*      ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
   ☒ Yes      ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:  ☒ Yes   ☐ No
IF YES, list language and/or dialect:
**Spanish**

---

CR-72 (07/05)           CASE SUMMARY            Page 1 of 2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE SUMMARY

**OTHER**
☒ Male ☐ Female
☐ U.S. Citizen ☒ Alien
Alias Name(s) Pain

This defendant is charged in: ☒ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile? ☐ Yes ☒ No
IF YES, should matter be sealed? ☐ Yes ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud ☐ public corruption
☐ government fraud ☐ tax offenses
☐ environmental issues ☐ mail/wire fraud
☒ Other: RICO

**CUSTODY STATUS**
Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision? ☐ Yes ☐ No
d. Is a Fugitive ☐ Yes ☐ No
e. Is on bail or release from another district: _____
f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested. ☐ Yes ☐ No

Defendant is **in** custody:
a. Place of incarceration: ☐ State ☒ Federal
b. Name of Institution: MDC-LA
c. If Federal: U.S. Marshal's Registration Number: 42548-048
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction: ☒ Yes ☐ No
   IF YES ☐ State ☒ Federal ☐ Writ of Issue
f. Awaiting trial on other charges: ☐ Yes ☐ No
   IF YES ☐ State ☐ Federal AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ____ 20 ____ 21 ____ 400

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

Date 04/16/2013

*Signature of Assistant U.S. Attorney*

ROBYN K. BACON
*Print Name*